UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA 13 JAN 25 PM 4:22

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>Marquis Cunningham,<br>Aka "Mikey"<br>Defendant. | Case No.:<br>COMPLAINT FOR VIOLATIONS OF<br>Title 18 U.S.C. § 2251(a) - Sexual Exploitation of a Child<br>'13 MJ0299 |

The undersigned complainant being duly sworn states:

On or about and between October 15-16, 2012, within the Southern District of California, defendant MARQUIS CUNNINGHAM, did employ, use, persuade, induce, entice, and coerce a minor (age 16) to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was transmitted and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; in violation of Title 18, United States Code, Sections 2251(a) and (e) and 2.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Eric Drilling
Special Deputy U.S. Marshal

Sworn to before me and subscribed in my presence, this 25 day of January 2013.

U.S. MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

On October 16, 2012 at approximately 1515 hours, San Diego Police Department Officer J.Mercado #5853 and Morgan #6902 responded to a radio call of a robbery at 1600 S. 43rd Street. The victim, a minor female (further referred to as MF) initially reported Marquis Cunningham had taken her cell phone by force at the bus stop at 1900 S. 43rd Street. Upon further investigation, MF was interviewed by Detective Medina. During the interview of MF, MF stated she met Cunningham on a dating website on October 15, 2012 and agreed to allow Cunningham to be her pimp. MF performed oral copulation and had vaginal intercourse with Cunningham. Cunningham directed MF to take numerous provocative photos of herself including explicit nudity of MF's nude breasts and exposed vagina for means of posting on the internet for the means of prostitution. Cunningham directed MF to send the photos to his cell phone where they posted the photos on Craigslist.com and MyRedbook.com for means of prostitution.

Officer Humphrey #6043 and Officer Dewitt #5971 stopped Cunningham at 4100 National Avenue. Cunningham was in the possession of MF's property, and his cell phone located in his pocket. Cunningham's cell phone was searched and downloaded and twelve photos of MF including full frontal nudity photos and close up photos of MF's exposed vagina and breasts. Detective Bales interviewed Cunningham who stated MF said she was 18 years old. When advised that MF was 16 years old, Cunningham stated, "I guess I have more on my plate now." Cunningham spent two days with MF, had sexual intercourse with MF, and received explicit nude photos of MF for means of prostitution.

Detective Bales checked Cunningham's Huawei cell phone and it was designed in the USA and manufactured and assembled in China.

Eric Drilling
Special Deputy U.S. Marshal

BLM